# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

## JUDGMENT IN A CIVIL CASE

ENMANUEL DE JESUS SAMUDIO-BADILLO,

Petitioner,

v. Case No. 26-cv-03597-MBB

WARDEN OF GREENE COUNTY JAIL,

Respondent.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Petition for a Writ of Habeas Corpus is DENIED. Each of Petitioner's pending motions are denied as moot.

Entered on: October 14, 2026.

PAIGE WYMORE-WYNN
CLERK OF COURT

/s/ GAM
(By) Deputy Clerk